DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DESIGN CONCEPT ITALIA, INC.,

Appellant,

v.

WHITNEY R. DI BONA and GARRETT M. DI BONA, Jointly and
Individually,

Appellees.

No. 2D23-1983

_____

April 3, 2024

Appeal from the Circuit Court for Hillsborough County; Richard Martin,
Judge.

David A. Townsend of Townsend & Brannon, Tampa, for Appellant.

Whitney Ray Di Bona of Maune Raichle Hartley French & Mudd, LLC,
Tampa, for Appellees.


PER CURIAM.

     Affirmed.

ATKINSON, and SMITH, JJ., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.